1

2

3

4                IN THE UNITED STATES DISTRICT COURT

5             FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
                                    )
7                                   )
     In re JUAN MUÑOZ,              )          No. C 10-3779 CRB (PR)
8                                   )
               Plaintiff.           )          ORDER OF DISMISSAL
9    _____ )

10          On August 17, 2010, plaintiff mailed a letter to the court seeking

11   appointment of counsel in connection with a claim of deliberate indifference to his

12   serious medical needs.

13          On August 25, 2010, the clerk filed the letter as a new action and assigned it

14   to the undersigned.  The clerk also notified plaintiff in writing at that time that the

15   action was deficient because plaintiff did not attach a complaint or pay the

16   requisite $350.00 filing fee or, instead, submit a signed and completed court-

17   approved in forma pauperis application.  Plaintiff was advised that failure to file

18   the requested items within 30 days would result in dismissal of the action.

19          On September 17, 2010, plaintiff filed a letter explaining that his letter of

20   August 17, 2010 was intended to alert Judge Henderson of the problems he was

21   encountering with a pending action in the Southern District, and not an attempt to

22   start a new action in this district.

23          Good cause appearing, the instant action is DISMISSED as improvidently

24   opened.  The clerk shall close the file.  No filing fee is due.

25   SO ORDERED.

26   DATED:   Oct. 20, 2010       _____
                                   CHARLES R. BREYER
27                                 United States District Judge

28   G:\PRO-SE\CRB\CR.10\Munoz, J1.dismiss.wpd